UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IVETTE ESTRADA RABELO,

    Plaintiff,

v.                                             Case No.: 2:19-cv-849-FtM-38NPM

W.S. BADCOCK CORPORATION,

    Defendant.
_____/

## ORDER[1]

Before the Court is Defendant W.S. Badcock Corporation's Motion to Strike Plaintiff's Motion for Partial Summary Judgment. (Doc. 58). Plaintiff Ivette Estrada Rabelo sues Defendant for violating the Fair Credit Reporting Act ("FCRA"). Because of the nature of this case, the Court has issued the FCRA Fast-Track Scheduling Order that is tailored to meet the circumstances of this case. Under the Scheduling Order, discovery is stayed (with limited exceptions) and the parties are set to mediate on June 30. If the parties do not settle, then they must file a case management report and a "joint notice outlining the legal issues to be resolved at summary judgment and/or the factual matters for trial." (Doc. 34 at 6). The Court issued the FCRA Fast-Track Scheduling Order to be "consistent with the just, speedy, and inexpensive administrative of justice" under Federal Rule of Civil Procedure 1. (Doc. 34 at 1).

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

As currently set, if this case does not settle at mediation, Defendant's response to Plaintiff's motion for partial summary judgment is due the next day. Due that same day is the parties' case management report and joint notice on the issues for summary judgment and trial. The Court thus finds Rule 1 not to be served by requiring Defendant to respond to the motion for partial summary judgment by the current deadline. Per the Court's inherent authority to manage its docket, the Court will deny without prejudice Plaintiff's motion to be filed after the parties attend mediation and complete the FCRA Fast-Track Scheduling Order. But the Court reminds both parties that it limits each side to one motion for summary judgment absent leave of Court.

Accordingly, it is now

**ORDERED:**

Defendant W.S. Badcock Corporation's Motion to Strike Plaintiff's Motion for Partial Summary Judgment (Doc. 58) is **GRANTED** to the extent that the Court denies without prejudice Plaintiff's Motion for Partial Summary judgment (Doc. 55).

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of June 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record